# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TOMMIE H. TELFAIR, | 08-CV-0731 (WJM) |
| Plaintiff, | |
| v. | ORDER |
| KAREN P. TANDY, *et al,* | |
| Defendants. | |

This matter having come before the Court on an Order to Show Cause filed by Plaintiff Tommie Telfair ("Telfair"); the Court having had difficulty ascertaining the nature of the relief sought but it appearing to the Court that Plaintiff seeks a stay of the potential prosecution of an individual named Ms. Gatling ("Gatling") who seems to be Plaintiff's wife although it is not explicitly stated; it further appearing to the Court that Plaintiff lacks standing to seek relief on behalf of another individual and Plaintiff having failed to provide the Court with any information or rationale to the contrary; and good cause appearing,

IT IS on the 26 of May 2010 hereby

**ORDERED** that Plaintiff's Order to Show Cause Seeking Temporary Restraints is **DENIED** for lack of standing.

WILLIAM J. MARTINI, U.S.D.J.